# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CR-08-000021                                                August 28, 2008
                                                            3:00 p.m.

## UNITED STATES OF AMERICA  -vs- JIN, YING MIN

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            JIN, YING MIN, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

     Assistant U.S. Attorney Eric O'Malley  appeared on behalf of the Government.  Defendant was present in court.  Also present were U.S. Probation Officer, Margarita Wonenberg and FBI Special Agent, Michael Byerley.

     Court-appointed Interpreter Aby Leung appeared   as translator of the Mandarin language for the defendant.

     Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.  Court found the defendant to be indigent and ordered that the next attorney on the CJA panel be notified.

     Court set the Preliminary Examination hearing for Friday, September 5, 2008 at 9:00 a.m.

     Court ordered "no bail", without prejudice.

     Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

                                            Adjourned at 3:10 p.m.

                                               /s/K. Lynn Lemieux, Courtroom Deputy