MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00021                                            September 5, 2008
                                                       8:30 a.m.

**U.S.A. -v- JIN, YING MIN**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           GEORGE HASSELBACK, ATTORNEY FOR DEFENDANT
           JIN, YING MIN, DEFENDANT

PROCEEDINGS: WAIVER OF PRELIMINARY EXAMINATION

    Defendant **JIN, YING MIN,** appeared with court-appointed counsel, Attorney George Hasselback. Government was represented by Eric O'Malley, AUSA. Also present was U.S. Probation Officer Melinda Brunson and DEA Officer, Michael Byerley.

    Aby Leung was present and sworn as interpreter/translator of the Mandarin language.

    Defendant was sworn and examined as to his understanding of his rights. Defendant moved, through his attorney, to consider his oral motion under Rule 5.1 (a)(1) to **Waive his Preliminary Hearing** in this matter.

    Court, finding the defendant had been fully advised and voluntarily waived his right to a preliminary hearing, granted the defendant's motion.

    Defense stated that they were ready to proceed with the Arraignment.

    Defendant was sworn and advised of his constitutional rights.

    Defendant waived reading of the complaint and affidavit and pled **NOT GUILTY** to the charges against him. Court set jury trial for **Monday, NOVEMBER 10, 2008 at 9:00 a.m.**

Pretrial motions shall be filed by **September 19, 2008.**

    The defendant was remanded into the custody of the U.S. Marshal.

    Adj. 8:45 a.m.

/s/K. Lynn Lemieux, Court Deputy