IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JIN, YING MIN,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 08-00021<br><br>**WAIVER OF PRELIMINARY HEARING** |

Defendant in above-captioned case hereby waives his right to a preliminary hearing pursuant to Fed. R. of Crim. P. 5.1(a)(1). This waiver is made knowingly and willfully and upon consultation with counsel.

DATED: 9/5/08　　　　By: _____
　　　　　　　　　　　　　GEORGE HASSELBACK
　　　　　　　　　　　　　Counsel for Defendant

DATED: 9/5/08　　　　By: _____
　　　　　　　　　　　　　JIN, YING MIN
　　　　　　　　　　　　　Defendant

**CERTIFICATION**

I, ABY LEUNG, hereby certify that I am fluent in both the English and Mandarin languages, and that I have orally translated the foregoing Waiver of Preliminary Hearing in its entirety for the defendant. He indicated to me in his native language that he understood its content.

DATED: 9/5/08　　　　By: _____
　　　　　　　　　　　　　Interpreter